ACCEPTED
03-14-00485-CV
5249043
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/12/2015 1:29:30 PM
JEFFREY D. KYLE
CLERK

**03-14-00485-CV**

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/12/2015 1:29:30 PM
JEFFREY D. KYLE
Clerk

**JOHN REED, JR.,**

**Appellant**

**v.**

**FARMERS INSURANCE GROUP,**

**Appellee**

On Appeal from Cause No. 259,941-C
In the 169th Judicial District Court of Bell County, Texas

**APPELLEE FARMERS INSURANCE GROUP'S
MOTION TO DISMISS APPEAL
UNDER TEXAS RULE OF APPELLATE PROCEDURE 42.3**

Kevin G. Cain
State Bar No. 24012371
*cain@mdjwlaw.com*

Levon G. Hovnatanian
State Bar No. 10059825
*hovnatanian@mdjwlaw.com*

Christopher W. Martin
State Bar No. 13057620
*martin@mdjwlaw.com*

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700—Telephone
(713) 222-0101—Facsimile

Michael Watson
State Bar No. 24008246
*watson@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500—Telephone
(214) 420-5501—Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Comes now the appellee, Farmers Insurance Group ("Farmers"), and files this, its motion to dismiss appeal. Farmers respectfully shows the Court as follows.

### The Facts

On August 5, 2014, John Reed, Jr. filed a notice of appeal in this Court. On October 27, the reporter's record was filed. On October 29, the clerk's record was filed. That made the deadline for Reed to file his brief Monday, December 1, 2014. *See* TEX. R. APP. P. 38.6(a) (setting deadline for appellant's brief in non-accelerated appeal as 30 days from date complete record was filed); TEX. R. APP. P. 4.1(a) (method of computing time).

Now, *over five months later*, Reed still has not filed a brief. The Court granted him extensions of time on November 19, January 20, February 9, and March 13. After *four* extensions, Reed still has not filed a brief.

On April 29, Reed filed yet another motion for extension of time. In the motion, he candidly stated that "Appellant has previously filed three or four extensions." The motion does not explain his failure to file a brief.

On April 29, the Court's Clerk wrote Reed a letter which stated in relevant part:

> Appellant's brief was due in this Court on **April 27, 2015** and is overdue. *See* Tex. R. App. P. 38.6(a). If appellant fails to file a brief,

1

the Court may dismiss the appeal for want of prosecution unless appellant reasonably explains the failure and appellee is not significantly injured by that failure. If this Court does not receive a satisfactory response to this notice on or before **Monday, May 11, 2015**, the Court **may** dismiss the appeal for want of prosecution. . . .

(Emphasis in original.) Reed has not filed a response.

## The Court Should Dismiss The Appeal.

Based on the above facts, the Court should dismiss Reed's appeal on either of two grounds.

**A.    In Violation of the Clerk's Notice, Reed has Failed to Explain his Failure to File a Brief.**

Under Texas Rule of Appellate Procedure 42.3(c), this Court may, on any party's motion, dismiss an appeal or affirm the judgment if the appellant "has failed to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specified time." Reed has failed to comply with the notice from this Court's Clerk requiring that he provide a response by May 11, 2015 that reasonably explains his failure to file a brief. The Court should therefore dismiss Reed's appeal. *See Eich v. Glenn,* 2010 WL 4629645, at *1 (Tex. App.—Austin 2010, no pet.) (dismissing appeal after warning appellant that appeal could be dismissed if he failed to reasonably explain failure to file brief and appellant did not file response); *Resendez v. Alvarado,* 2003 WL 1091033, at *1 (Tex. App.—Corpus Christi 2003, no pet.) (dismissing appeal after

2

considering "appellant's failure to file a proper appellate brief, this Court's notice, and appellant's failure to respond").

## B. Reed has not Prosecuted his Appeal.

Under Texas Rule of Appellate Procedure 42.3(b), this Court may, on any party's motion, dismiss an appeal or affirm the judgment if the appellant has failed to prosecute his appeal. That is the case here. Despite *four* extensions, Reed still has not filed a brief—and his original deadline was *over five months ago*.

With his unprosecuted appeal, Reed is causing Farmers to needlessly incur still more attorneys' fees and to waste even more time. *See Ball v. City of Chicago*, 2 F.3d 752, 759 (7th Cir. 1993). This Court should dismiss Reed's appeal for want of prosecution. *See Frisbie v. State,* 1999 WL 46698, at *1 (Tex. App.—Austin 1999, no pet.) (not designated for publication) (dismissing appeal for want of prosecution where "appellant has not submitted a brief"); *Lettieri v. Lettieri,* 1997 WL 499697, at *1 (Tex. App.—Dallas 1997, no pet.) (not designated for publication) (dismissing appeal for want of prosecution where appellant failed to file brief within time allowed).

### Conclusion and Prayer For Relief

Farmers respectfully asks the Court to dismiss the appeal.

3

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    State Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
    Kevin G. Cain
    State Bar No. 24012371
    *cain@mdjwlaw.com*
    Christopher W. Martin
    State Bar No. 13057620
    *martin@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas  77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Michael Watson*
    Michael Watson
    State Bar No. 24008246
    *watson@mdjwlaw.com*
16000 N. Dallas Parkway, Suite 800
Dallas, TX 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

ATTORNEYS FOR APPELLEE
FARMERS INSURANCE GROUP

4

## CERTIFICATE OF CONFERENCE

This is to certify that I conferred with appellant Mr. John Reed, Jr. on May 12, 2015, regarding whether he opposes this motion, and he advised that he opposes it.

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated motion to dismiss appeal contains 684 words.

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated: May 12, 2015

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing motion to dismiss appeal has been forwarded by the method(s) indicated below to the following persons on this 12th day of May, 2015.

Mr. John Reed, Jr., *pro se*
715 S. 32nd Street
Temple, Texas 76501

*(Appellant)*

*(via CM-RRR 7014 1200 0000 7830 1280)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian

5